IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,
*ex rel.* JUANITA THOMPSON,

                Plaintiffs,

v.

LAC DU FLAMBEAU BAND OF
LAKE SUPERIOR CHIPPEWA,

                Defendant.

**FILED *EX PARTE*
AND UNDER SEAL**
Case No. 22-cv-151

## ORDER

On January 30, 2024, Relator, Juanita Thompson, having filed a Notice of Voluntary Dismissal Without Prejudice of this action, and the United States having filed its Notice of Consent to Dismissal pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed without prejudice as to Relator Juanita Thompson and as to the United States;

2. The seal shall be lifted upon Relator's First Amended Complaint, Relator's Notice of Voluntary Dismissal Without Prejudice, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

Entered this 31ST day of JANUARY, 2024.

_____
United States District Judge